Artem M. Sarian, Artem M. Sarian, Attorney at Law, for Petitioner.

Bryan S. Beier, Washington, DC, CAC-District Counsel Los Angeles, CA, Ronald E. Lefevre, San Francisco, CA, for Respondent.

Before: HARRY PREGERSON, STEPHEN REINHARDT, and A. WALLACE TASHIMA, Circuit Judges.

## ORDER

The opinion filed February 5, 2008, and appearing at 515 F.3d 999 (9th Cir.2008), is withdrawn. Pursuant to General Order 5.3.a, a memorandum disposition is filed contemporaneously with this order. With the withdrawal of the opinion and the filing of the memorandum disposition, the Government's petitions for rehearing and rehearing en banc are denied as moot. Further petitions for rehearing and rehearing en banc may be filed with respect to the memorandum disposition pursuant to Federal Rule of Appellate Procedure 40.

SPRINT TELEPHONY PCS, L.P., a Delaware limited partnership, Plaintiff–Appellant–Cross–Appellee,

and

Pacific Bell Wireless LLC, a Nevada limited liability company, dba Cingular Wireless, Plaintiff,

v.

COUNTY OF SAN DIEGO; Greg Cox, in his capacity as supervisor of the County of San Diego; Dianne Jacob, in her capacity as supervisor of the County of San Diego; Pam Slater, in her capacity as supervisor of the County of San Diego; Ron Roberts, in his capacity as supervisor of the County of San Diego; Bill Horn, in his capacity as supervisor of the County of San Diego, Defendants–Appellees–Cross–Appellants.

Nos. 05–56076, 05–56435.

United States Court of Appeals,
Ninth Circuit.

May 14, 2008.

Daniel T. Pascucci, Nathan R. Hamler, Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C., San Diego, CA, for Plaintiff–Appellant–Cross–Appellee.

Thomas D. Bunton, County of San Diego Office of County Counsel, John Sansome, Office of County Counsel, San Diego, CA, for Defendants–Appellees–Cross–Appellants.

D.C. No. CV–03–1398–BTM.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges,[1] it is ordered that this

case be reheard en banc pursuant to Circuit Rule 35–3.   The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

**1.**   Judges McKeown and M. Smith are re-    cused.